## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PARKS CONSERVATION ASSOCIATION,**<br><br>    Plaintiff,<br><br>  v.<br><br>**UNITED STATES FOREST SERVICE,**<br><br>    Defendant. | **Civil Action No.: 17-456 (DLF)** |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Please take notice of the following substitution of counsel for Plaintiff National Parks Conservation Association: Kevin Cassidy is substituted for Nina Robertson as lead counsel for Plaintiff in the above-captioned case.

Mr. Cassidy is a member of the bar of this court. His bar number is MA0021. He is registered to use the Court's ECF system and may be served electronically using that system.

Mr. Cassidy's contact information is as follows:

TELEPHONE

781.659.1696

E-MAIL

cassidy@lclark.edu

FIRST CLASS MAIL

P.O. Box 445

Norwell, MA 02061

OVERNIGHT MAIL

P.O. Box 445

Norwell, MA 02061


Dated: March 1, 2018

Respectfully submitted,

/s/ Nina Robertson
Nina Robertson (D00370)
Earthrise Law Center
Lewis & Clark Law School
57 Post Street, Suite 804
San Francisco, CA 94104
Tel: 847-636-1486
Email: nrobertson@lclark.edu


/s/ Thomas C. Buchele
Thomas C. Buchele, OSB # 081560
Admitted *pro hac vice*
Earthrise Law Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland OR 97219-7799
Tel: 503-768-6643
Email: tbuchele@lclark.edu


*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, I served the foregoing with the corresponding Notice of Electronic Filing via CM/ECF system, which sent notification of such filing to all attorneys of record.

/s/ Nina C. Robertson
Nina Robertson (D00370)
Earthrise Law Center
Lewis & Clark Law School
57 Post Street, Suite 804
San Francisco, CA 94104
Tel: 847-636-1486
Email: nrobertson@lclark.edu